IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. HOOD, | Civil Action |
| Plaintiff, | No. 10-560 |
| v. | |
| DR. JOSEPH W. CARROLL, DARCIE GATTI, JUSTIN STEPHENS, RONALD GRAHAM, PENN HILLS BOARD OF SCHOOL DIRECTORS, ERIN VECCHIO AND OFFICER DENNIS LYNCH, | Chief Judge Lancaster |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL AS TO DR. JOSEPH W. CARROLL, DARCIE GATTI, JUSTIN STEPHENS, RONALD GRAHAM, AND ERIN VECCHIO ONLY

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff stipulates to the dismissal of this matter with prejudice, as to Dr. Joseph W. Carroll, Darcie Gatti, Justin Stephens, Ronald Graham, and Erin Vecchio, only. This Stipulation for Dismissal does not dismiss or otherwise affect Plaintiff's claims against the Penn Hills Board of School Directors or Officer Dennis Lynch.

Respectfully submitted,

/s/ Aimee L. Willett
Carl P. Beard
Aimee L. Willett

Andrews & Beard
3366 Lynwood Drive
P.O. Box 1311
Altoona, PA 16603
(814) 943-3304

Attorneys for Defendants,
Dr. Joseph W. Carroll, Darcie
Gatti, Justin Stephens, Ronald Graham,
and Erin Vecchio

/s/ Christine T. Elzer
Samuel J. Cordes
Christine T. Elzer

Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 471-8500

Attorneys for Plaintiff

SO ORDERED, this 31st day of May, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge