# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. HOOD, | Civil Action |
| Plaintiff, | No. 10-560 |
| v. | |
| DR. JOSEPH W. CARROLL, DARCIE GATTI, JUSTIN STEPHENS, RONALD GRAHAM, PENN HILLS BOARD OF SCHOOL DIRECTORS, ERIN VECCHIO AND OFFICER DENNIS LYNCH, | Chief Judge Lancaster |
| Defendants. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL AS TO REMAINING DEFENDANTS, PENN HILLS BOARD OF SCHOOL DIRECTORS AND OFFICER DENNIS LYNCH

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties stipulate to the dismissal of this matter with prejudice, as to the remaining Defendants, Penn Hills Board of School Directors and Officer Dennis Lynch, in his individual and official capacities.

|  |  |
|---|---|
| | Respectfully submitted, |
| /s/ Aimee L. Willett | /s/ Christine T. Elzer |
| Carl P. Beard | Samuel J. Cordes |
| Aimee L. Willett | Christine T. Elzer |
| | |
| Andrews & Beard | Samuel J. Cordes & Associates |
| 3366 Lynwood Drive | 245 Fort Pitt Boulevard |
| P.O. Box 1311 | Pittsburgh, PA 15222 |
| Altoona, PA 16603 | (412) 471-8500 |
| (814) 943-3304 | |
| | |
| Attorneys for Defendant, | Attorneys for Plaintiff |
| Penn Hills Board of | |
| School Directors | |

/s/ Carolyn C. Batz
Philip J. Sbrolla
Carolyn C. Batz

Cipriani & Warner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA 15228
(412) 563-2500

Attorneys for Defendant,
Officer Dennis Lynch

SO ORDERED, this 20 day of June, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge